UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPH BRENT RAMSEUR, | ) |
| | ) |
| Petitioner, | ) Case No. CV 12-6215 SJO (AJW) |
| | ) |
| v. | ) |
| | ) ORDER ACCEPTING REPORT AND |
| WARDEN McGREW, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: March 12, 2013.

_____
S. James Otero
United States District Judge