UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JOSEPH BRENT RAMSEUR,** | ) |
| Petitioner, | ) No. CV 12-6215-SJO(AJW) |
| **vs.** | ) |
| | ) JUDGMENT |
| **WARDEN McGREW,** | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated:   March 12, 2013.

*S. James Otero*

S. James Otero
United States District Judge